# United States Court of Appeals
# for the Fifth Circuit

---

No. 24-10309
Summary Calendar

---

United States Court of Appeals
Fifth Circuit

**FILED**

September 24, 2024

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Manuel Aleman, Jr.,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 1:23-CR-31-1

---

Before Graves, Willett, and Wilson, *Circuit Judges*.

Per Curiam:[*]

The attorney appointed to represent Manual Aleman, Jr. seeks to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967) and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Aleman has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 24-10309

assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.